# Court of Appeals
# of the State of Georgia

ATLANTA,___July 08, 2015_____

*The Court of Appeals hereby passes the following order:*

## A15D0486. JAMES L. WRIGHT v. THE STATE.

In 2008, James L. Wright pled guilty to a criminal offense and was sentenced to 20 years, with 15 to serve in imprisonment. He subsequently filed a motion for out-of-time appeal and a motion to vacate for lack of subject matter jurisdiction. The trial court denied the motions, and Wright filed this application for discretionary appeal from both orders.

The denial of a motion for an out-of-time appeal is directly appealable. *Lunsford v. State*, 237 Ga. App. 696 (515 SE2d 198) (1999); see also *Wetherington v. State*, __ Ga. __ (Case No. S14A1525, decided February 2, 2015) (addressing merits of direct appeal from denial of motion for out-of-time appeal following guilty plea). Accordingly, this application for discretionary appeal is hereby GRANTED pursuant to OCGA § 5-6-35 (j).[1] Wright shall have ten days from the date of this order to file his notice of appeal in the trial court. OCGA § 5-6-35 (g). The clerk of the trial court is directed to include a copy of this order in the record transmitted to the Court of Appeals.

---

[1] We note that OCGA § 5-6-34 (d) will permit Wright to also appeal from the denial of his motion to vacate.



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,*_____07/08/2015_____
      *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*